**FILED**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT OF TEXAS
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ADAM OCHOA | § § § |
| V. | § § CIVIL ACTION NO: 5: 17-cv-01005 |
| MERCER TRANSPORTATION CO, INC. and JEFFREY JACK | § § § § |

## ORDER OF DISMISSAL

On the _12_ day of _March_ 2019, Plaintiff's Motion for Dismissal was considered. After due notice, the Court, after considering all pertinent records, is of the opinion that such motion should be granted. The Court finds that Plaintiff, **Adam Ochoa,** and Defendants, **Mercer Transportation Co, Inc. and Jeffrey Jack** have settled their differences and that Plaintiff's claims against Defendants, **Mercer Transportation Co, Inc. and Jeffrey Jack** should be dismissed.

IT IS, THEREFORE, ORDERED that the claims of Plaintiff, **Adam Ochoa,** against Defendants, **Mercer Transportation Co, Inc. and Jeffrey Jack** are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs.

SIGNED on the _12_ day of _March_ 2019.

_____
HONORABLE JUDGE PRESIDING

{03718906.DOC / }

**AGREED AS TO FORM AND SUBSTANCE:**

Thomas J. Henry
State Bar No. 09484210
Bernardo Gonzalez
State Bar No. 08124100
Scott Walther
State Bar No. 24096091
THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile:  (888) 956-8001
bgonzalez-svc@tjhlaw.com
**ATTORNEYS FOR PLAINTIFF**


LARRY D. WARREN
State Bar No. 20888450
MARK A. COOPER
State Bar No. 24025752
GEORGINA BUCKLEY
State Bar No. 24097434
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6352
Facsimile:  (210) 785-2934
Email: mcooper@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**